Julie Klein Fischer, ISB No. 4601
Laura E. Burri, ISB No. 3573
MORROW & FISCHER, PLLC
332 N Broadmore Way, Ste 102
Nampa, Idaho 83687
Telephone:  (208) 475-2200
Facsimile:    (208) 475-2201
jfischer@morrowfischer.com
lburri@morrowfischer.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRAD JANICEK, an individual, dba JANICEK FARMS, and BLUE DIAMOND TURF, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>-vs-<br><br>FIRST FRUITS HOLDINGS, LLC, a North Carolina limited liability company, dba, FOUR RIVERS ONION PACKING,<br><br>Defendant. | CASE NO.  1:16-cv-00489-DVB<br><br>**MOTION FOR ENTRY OF DEFAULT** |

COME NOW, the Plaintiffs, Brad Janicek and Blue Diamond Turf, LLC, by and through their undersigned attorneys of record, the law firm of Morrow & Fischer, PLLC, and move this Court for entry of default and judgment against the Defendant. This Motion is made on the grounds that Defendant has been served with service of process.  Defendant has not filed an answer or responded to the *Complaint and Demand for Jury Trial* within 30 days after service of the *Summons* in this matter.

**MOTION FOR ENTRY OF DEFAULT -** 1

On Counts I through VII Plaintiffs have requested the sum of $684,642.00 plus interest, costs and attorneys' fees.

WHEREFORE, Plaintiffs request that default be entered against Defendant First Fruits Holdings, LLC, dba, Four Rivers Onion Packing, in this matter.

DATED this 23rd day of January, 2017.

                              MORROW & FISCHER, PLLC

                              By: /s/ Julie Klein Fischer
                                    Julie Klein Fischer
                                    Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of January, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Patrick Mahoney
*Patrick@PatrickMahoneyLaw.com*
*Dawn@PatrickMahoneyLaw.com*

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

Gregory Brown                                      Fax: 631-425-8112
McCarron & Diess
707 Walt Whitman Road, Second Floor
Melville, NY 11747

                                   /s/Julie Klein Fischer
                                   for MORROW & FISCHER, PLLC

**MOTION FOR ENTRY OF DEFAULT -** 2